UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

United States of America,

    Plaintiff,

v.                                                                                   Civil No. 22-cr-48 ECT/ECW

Steven Dornsbach; Kamida, Inc.,                       **DISQUALIFICATION ORDER**

    Defendants.

_____

    Because criminal case number 22-cr-48 ECT/ECW involves U.S. Magistrate Judge Dulce J. Foster as a potential trial witness, it is hereby determined that all U.S. District Judges and U.S. Magistrate Judges of the above Court are disqualified from presiding over the matter.

    Based on the files, records, and proceedings herein:

    **IT IS SO ORDERED**.

DATED: August 29, 2022                                      s/Patrick J. Schiltz
at Minneapolis, Minnesota.                         PATRICK J. SCHILTZ
                                                                     Chief Judge
                                                   United States District Court