## DESIGNATION OF UNITED STATES DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

———————

WHEREAS, in my judgment the public interest so requires;

NOW THEREFORE, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the

**HONORABLE DANIEL M. TRAYNOR**

United States District Judge for the **DISTRICT OF NORTH DAKOTA**, to hold court in the **DISTRICT OF MINNESOTA,** beginning **September 2, 2022**, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business for the following case:

**Case No. 22-CR-0048 (ECT/ECW)**

Dated: September 2, 2022

*Lavenski R Smith*

Lavenski R. Smith, Chief Judge
United States Court of Appeals, Eighth Circuit

Original:   **Kate Fogarty, Clerk of Court, District of Minnesota**
cc:        Honorable Peter Welte, Chief Judge, District of North Dakota
           Honorable Patrick J. Schiltz, Chief Judge, District of Minnesota
           Honorable Daniel M. Traynor, District Judge, District of North Dakota
           Rob Ansley, Clerk of Court, District of North Dakota
           Millie B. Adams, Circuit Executive