UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| v. | |
| STEVEN DORNSBACH and KAMIDA, INC., | Case No. 22-cr-48 |
| Defendants. | |

On August 10, 2022, Defendants filed under temporary seal their Objection to the Magistrate Judge's July 27, 2022, Order pursuant to District of Minnesota Rules of Court, LR 49.1(d). (Doc. No. 86). They also publicly filed a redacted version of their Objection. (Doc. No. 85). Finally, they filed a motion requesting that their temporarily sealed Objection remain sealed through the conclusion of this case. (Doc. No. 87).

On August 23, 2022, the United States filed under temporary seal its response to Defendants' Objection. (Doc. No. 90). They also publicly filed a redacted version of its response along with a motion requesting that their temporarily sealed response remain sealed through the conclusion of this case. (Doc Nos. 91, 92).

As neither party objects to the others motion, both motions (Doc. Nos. 87, 91) are **GRANTED**. Defendants' Objection and the United States' response to it shall remain sealed through the conclusion of this case, at which time they shall both be unsealed unless the parties provide good cause to keep them under seal. The good cause must include a reason in addition to the fact they were designated as confidential under a protective order. See IDT Corp. v. eBay, 709 F.3d 1220, 1222 (8th Cir. 2013).

**IT IS SO ORDERED.**

Dated this 13th day of October, 2022.

<u>/s/ Clare R. Hochhalter</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court
