UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,                               **ORDER**

    v.

STEVEN DORNSBACH and KAMIDA,         Case No. 22-cr-48
INC.,

        Defendants.

---

On August 31, 2022, Defendants filed a Motion to Dismiss Indictment or Alternatively, for a Bill of Particulars. (Doc. No. 100). They also filed under temporary seal a memorandum in support of their Motion to Dismiss pursuant to District of Minnesota Rules of Court, LR 49.1(d). (Doc. No. 103). Finally, they filed a motion requesting that their temporarily sealed supporting memorandum remain under seal through the conclusion of this case as it references materials designed as protected under a protective order. (Doc. No. 106).

There being no objection from the United States, Defendants' motion to seal its supporting memorandum (Doc. No. 106) is **GRANTED**. Defendants' supporting memorandum shall remain sealed through the conclusion of this case, at which time it shall be unsealed unless the parties provide good cause as they it should remain sealed. The good cause must include a reason in addition to the fact they were designated as confidential under a protective order. See <u>IDT Corp. v. eBay</u>, 709 F.3d 1220, 1222 (8th Cir. 2013). Defendants shall publicly file a redacted version of their supporting memorandum.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2022.

<u>/s/ Clare R. Hochhalter</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court