## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,                          **ORDER**

    v.

STEVEN DORNSBACH and KAMIDA,           Case No. 22-cr-48
INC.,

                Defendants.

---

On August 31, 2022, the United States filed under temporary seal its motion to quash Defendants' subpoenas. (Doc. No. 109). It also filed a motion to seal documents pursuant to LR 49.1. Therein it requested that its temporarily sealed motion to quash remain under seal through the conclusion of this case as it references materials designated as "protected material" or "sensitive protected material" in a protective order. (Doc. No. 111).

On September 7, 2022, Defendants filed under temporary seal a response to the United States' motion to quash their subpoenas. (Doc. No. 113). It also filed a motion to seal documents pursuant to LR 49.1. (Doc. No. 115). Therein, it requested that its temporarily sealed response in opposition to the United States' motion to quash also remain under seal through the conclusion of this case.

The court **GRANTS** the United States' and Defendants' respective motions to file documents under seal (Doc. Nos. 111, 115). The United States' motion to quash and Defendants' response in opposition to it shall remain sealed through the conclusion of this case, at which time they shall be unsealed unless the parties can provide good cause as to why they should remain sealed.

1

**IT IS SO ORDERED.**

Dated this 14th day of October, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court