# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEVEN DORNSBACH and KAMIDA, INC.,

        Defendants.

**ORDER**

Case No. 22-cr-48

---

On October 4, 2022, Defendants filed a Motion to Compel and for Sanctions. (Doc. No. 124). In addition, they simultaneously filed under temporary seal a memorandum and a declaration in support. (Doc. Nos. 126, 127). Finally, they filed a motion to file documents under seal pursuant to LR 49.1. Therein they requested that the aforementioned memorandum and declaration in support remain under seal through the conclusion of this case as they reference materials designated as "protected material" in a protective order. (Doc. No. 129).

The court **GRANTS** Defendant's motion to file documents under seal. (Doc. No. 129). Defendants' memorandum and declaration in support of their Motion to Compel and for Sanctions shall remain sealed through the conclusion of this case, at which time they shall be unsealed unless Defendants can provide good cause as to why they should remain sealed.

    **IT IS SO ORDERED.**

    Dated this 14th day of October, 2022.

                                  /s/ Clare R. Hochhalter
                                  Clare R. Hochhalter, Magistrate Judge
                                  United States District Court