# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                    Plaintiff,                         **ORDER**

    v.

STEVEN DORNSBACH and KAMIDA,           Case No. 22-cr-48
INC.,

                    Defendants.

---

On October 4, 2022, the United States filed under temporary seal a reply in support of its motion to quash Defendants' subpoenas.  (Doc. 134).   It also filed a motion to file a document under seal pursuant to LR 49.1.  Therein it requested that the aforementioned reply remain under seal through the conclusion of this case as the reply references materials designated as "protected material" or "sensitive protected material" in a protective order.  (Doc. No. 134).

The court **GRANTS** the United States' motion to file a document under seal.  (Doc. No. 135).  The United States' reply in support of its motion to quash Defendants' subpoenas shall remain sealed through the conclusion of this case, at which time they shall be unsealed unless the United States can provide good cause as to why it should remain sealed.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2022.

                                    /s/ Clare R. Hochhalter
                                    Clare R. Hochhalter, Magistrate Judge
                                    United States District Court