UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN DORNSBACH and KAMIDA, INC.,<br><br>        Defendants. | **ORDER GRANTING UNITED STATES' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Case No. 22-cr-48 |

The United States's Motion to Seal (Doc. No. 148) is **GRANTED**. The United States's Opposition to Motion to Compel and for Sanctions (Doc. No. 146) and all exhibits thereto (Doc. No. 147) shall remain sealed until the conclusion of this case.

**IT IS SO ORDERED.**

Dated this 19th day of October, 2022.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court