**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
|     Plaintiff, | ) | **ORDER GRANTING DEFENDANTS'** |
| v. | ) | **MOTION TO FILE DOCUMENT** |
| | ) | **UNDER SEAL** |
| Steven Dornsbach and Kamida, Inc., | ) | |
| | ) | Case No. 22-cr-0048 |
|     Defendants. | ) | |

On March 7, 2023, Defendants filed under temporary seal their Objection to February 21, 2023, Order. (Doc. No. 200). They also filed a redacted version of their Objection. (Doc. No. 198). Finally, they filed a motion requesting that their temporarily sealed Objection remain sealed through the conclusion of the this case. (Doc. No. 201).

The court **GRANTS** Defendants' motion. (Doc. No. 201). Defendants' Objection (Doc. No. 200) shall remain sealed through the conclusion of this case, at which time it shall be unsealed unless the parties can provide good cause as to why it should remain sealed.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2023.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court