# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

              Plaintiff,                            **ORDER**

    v.

STEVEN DORNSBACH and KAMIDA,           Case No. 22-cr-48
INC.,

              Defendants.

Before the court is Defendants' Motion to File Documents Under Seal.  (Doc. No. 252). They request that the court issue an order permitting the filing under seal of their Memorandum in Support of Their Motions in Limine 1-10 (Doc. No. 226), Memorandum of Law in Support of Their Motion in Limine Regarding Interstate Commerce (Doc. No. 232), and Declaration of Jennifer M. Robbins in Support of Defendants' Motion in Limine and Exhibits 1-3 (Doc Nos. 240 and 240-1) that were temporarily filed under seal by Defendants.  They assert that the aforementioned documents should remain under seal through the conclusion of this case as they reference materials designated as "protected material" in a protective order.

The court **GRANTS** Defendant's motion. (Doc. No. 252).  Defendants' Memorandum in Support of Their Motions in Limine 1-10 (Doc. No. 226), Defendants' Memorandum of Law in Support of Their Motion in Limine Regarding Interstate Commerce (Doc. No. 232), and the Declaration of Jennifer M. Robbins in Support of Defendants' Motion in Limine and Exhibits 1-3 (Doc Nos. 240 and 240-1) shall remain sealed through the conclusion of this case, at which time they shall be unsealed unless Defendants can provide good cause as to why they should remain sealed.

**IT IS SO ORDERED.**

Dated this 18th day of April, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court