UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 22-cr-48 (DMT) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA** |
| Steven Dornsbach and Kamida, Inc., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Lousene Hoppe, by and through her counsel, moves the Court for an Order Quashing the Subpoena attached hereto as **Exhibit A**, pursuant to Federal Rule of Criminal Procedure 17(c).

This motion is based upon the accompanying memorandum of law, the Declaration of Lousene Hoppe, as well as the arguments of counsel at any hearing and all the files, records, and proceedings herein.

Dated: April 21, 2023

Jon M. Hopeman (#0047065)
Hopeman Law LLC
333 S. Seventh Street
Suite 3020
Minneapolis, MN 55402
(612) 326-0656 (office)
(612) 840-5480 (cell)

*Attorney for Lousene Hoppe*