AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>STEVEN DORNSBACH; KAMIDA, INC.<br>Defendant | ) ) ) ) ) ) Case No. 22-CR-00048 |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: LOUSENE M. HOPPE
FREDRIKSON AND BYRON
200 SOUTH SIXTH STREET, SUITE 4000
MINNEAPOLIS, MN 55402

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: WARREN E. BURGER COURTHOUSE<br>316 ROBERT ST. N.<br>ST. PAUL, MN 55101 | Courtroom No.: EDWARD J. DEVITT<br>Date and Time: MAY 1, 2023; 9:30 AM CST |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 3-20-23

CLERK OF COURT

*Kati M. Fogarty*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* STEVEN DORNSBACH; KAMIDA, INC. , who requests this subpoena, are:

CHRISTOPHER W. MADEL
JENNIFER M. ROBBINS
800 PENCE BUILDING
800 HENNEPIN AVENUE
MINNEAPOLIS, MN 55403
612-605-0630

CMADEL@MADELLAW.COM
JROBBINS@MADELLAW.COM

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: