UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 22-cr-48 (DMT) |
| Plaintiff, | |
| v. | **DECLARATION OF LOUSENE M. HOPPE** |
| Steven Dornsbach and Kamida, Inc., | |
| Defendants. | |

---

I, Lousene M. Hoppe, state and allege as follows:

1. I am an attorney at the law firm of Fredrikson & Byron, P.A. ("Fredrikson") and I am current counsel for Clarence Olson. I submit this Declaration in support of my Motion to Quash the subpoena.

2. I have communicated with Mr. Olson in order to render legal services.

3. I have no independent knowledge about the advice and/or context surrounding Mr. Olson's submissions of two letters to the Honorable Eric C. Tostrud other than information received via attorney-client privileged communications.

4. Attached as **Exhibit 1** is a copy of Defendants' service letter and subpoena dated March 24, 2023, that was served on Mr. Clarence Olson.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2023

*s/ Lousene M. Hoppe*
Lousene M. Hoppe