# EXHIBIT 1

## *0:21cr172, USA v. Olson*

US District Court Criminal Docket

United States District Court, Minnesota

(DMN)

**This case was retrieved on** 03/16/2023

# Header

| | |
|---|---|
| **Date Filed:** 08/11/2021 | **Class Code:** Open |
| **Other Docket:** None | **Closed:** |

# Participants

## Defendant

| **Name** | **Attorneys** |
|---|---|
| Clarence Olson | Lousene M Hoppe<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Fredrikson & Byron, PA<br>200 S 6th St Ste 4000<br>Mpls, MN 55402-1425<br>USA<br>lhoppe@fredlaw.com<br>612-492-7402<br>Fax: 612-492-7077<br>Designation: Retained<br><br>Dulce J Foster<br>05/31/2022<br>Fredrikson & Byron, PA<br>200 S 6th St Ste 4000<br>Mpls, MN 55402-1425<br>USA<br>dfoster@fredlaw.com<br>612-492-7110   Fax: 612-492-7077   Designation: Retained |

# Charges

**Complaints:** none

**Pending:** 15:1 CONSPIRACY TO RESTRAIN TRADE(1)

**Offense Level (Opening):** Felony

**Terminated:** none

**Case Assigned To:** Judge Eric C. Tostrud

# Disposition

# U.S. Attorneys

Jennifer Robbins

0:21cr172, USA v. Olson

Sandra Talbott

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DOJ-Atr

Antitrust Division 209 S. Lasalle Ste 600

Chicago, IL 60604

USA

sandra.talbott@usdoj.gov

312-754-3934

Jonathan A. Clow

09/01/2021

DOJ-USAO

111 S. 10th Street Rm. 20.333

St. Louis, MO 63102

USA

jonathan.clow@usdoj.gov

314-539-7650
Designation: Retained

Mary T. McCarthy

10/07/2022

DOJ-Atr

209 S. LaSalle St. Suite 600

Chicago, IL 60604

USA

mary.mccarthy2@usdoj.gov

312-984-7200
Designation: Retained

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 08/11/2021 | FELONY INFORMATION by USA's Jonathan Clow, Mary T. McCarthy, and Sandra Talbott as to Clarence Olson (1) count 1 assigned to Judge Eric C. Tostrud (KDS) Document QC'd on 8/11/2021 (KDS). (Entered: 08/11/2021) | |
| 2 | 08/11/2021 | Defendant Information Sheet as to Clarence Olson. (Attachments: # 1 Cover Letter) (KDS) Document QC'd on 8/11/2021 (KDS). (Entered: 08/11/2021) | |
| 3 | 08/18/2021 | (Text-Only) NOTICE to Judge Eric C. Tostrud: I have met with my client. Clarence Olson consents to a Video Conference for a Plea Agreement Hearing.  (Foster, Dulce) (Entered: 08/18/2021) | |
| 4 | 08/19/2021 | FILED IN ERROR - WILL BE RE-FILED. Summons Issued in case as to Clarence Olson. Arraignment, Initial Appearance, and Plea Agreement Hearing set for 9/27/2021 at 10:00 AM via Video | |

Jennifer Robbins

0:21cr172, USA v. Olson

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Conference (no courtroom) before Judge Eric C. Tostrud. (KDS) Modified text on 8/20/2021 (KDS). (Entered: 08/19/2021) | |
| 5 | 08/20/2021 | Summons Issued in case as to Clarence Olson. Arraignment, Initial Appearance, and Plea Agreement Hearing set for 9/27/2021 at 10:00 AM via Video Conference (no courtroom) before Judge Eric C. Tostrud. (KDS) (Entered: 08/20/2021) | |
| 7 | 09/01/2021 | NOTICE OF WITHDRAWAL FROM CASE as to Clarence Olson (Clow, Jonathan) (Entered: 09/01/2021) | |
| 8 | 09/16/2021 | Joint MOTION for CARES Act Findings  by USA as to Clarence Olson. (McCarthy, Mary) (Entered: 09/16/2021) | |
| 9 | 09/16/2021 | PROPOSED ORDER TO JUDGE re 8 Joint MOTION for CARES Act Findings  by USA as to Clarence Olson (McCarthy, Mary) (Entered: 09/16/2021) | |
| 10 | 09/17/2021 | NOTICE Rule 12.4 Disclosure Statement by USA as to Clarence Olson (Talbott, Sandra) (Entered: 09/17/2021) | |
| 11 | 09/27/2021 | Minute Entry for proceedings held before Judge Eric C. Tostrud: Initial appearance, arraignment and plea hearing as to Clarence Olson (1) on Count 1 of the Information held on 9/27/2021. (Court Reporter Tim Willette) (RMM) (Entered: 09/27/2021) | |
| 12 | 09/27/2021 | WAIVER OF INDICTMENT by Clarence Olson. (lmb) (Entered: 09/27/2021) | |
| 13 | 09/27/2021 | PLEA AGREEMENT as to Clarence Olson. (lmb) (Entered: 09/27/2021) | |
| 14 | 09/27/2021 | ORDER Setting Conditions of Release as to Clarence Olson. Signed by Judge Eric C. Tostrud on 9/27/2021. (lmb) (Entered: 09/27/2021) | |
| 15 | 09/27/2021 | DOCUMENT FILED IN ERROR-WILL REFILE. Appearance Bond Entered as to Clarence Olson. Signed by Judge Eric C. Tostrud on 9/27/2021. (lmb) Modified text on 9/29/2021 (lmb). (Entered: 09/27/2021) | |
| 17 | 09/27/2021 | Appearance Bond Entered as to Clarence Olson. Signed by Judge Eric C. Tostrud on 9/27/2021. (lmb) (Entered: 09/29/2021) | |
| 16 | 09/28/2021 | TRANSCRIPT REQUEST for an  Expedited 14-Day Transcript of 11 Order on Motion for Miscellaneous Relief, Arraignment, Change of Plea Hearing and Plea Entered, Initial Appearance to Court Reporter Tim Willette. (JGK) (Entered: 09/28/2021) | |
| 18 | 11/15/2021 | Letter to the Court re: Preliminary Notice as to Clarence Olson. (GMS) (Entered: 11/15/2021) | |
| 19 | 11/15/2021 | PRELIMINARY PRESENTENCE REPORT as to Clarence Olson (Restricted Document). (GMS) (Entered: 11/15/2021) | |
| 23 | 12/03/2021 | TRANSCRIPT REQUEST for a 30-Day Transcript of 11 Order on Motion for Miscellaneous Relief, Arraignment, Change of Plea Hearing and Plea Entered, Initial Appearance to Court Reporter Tim Willette. (Barry, Kaitlyn) (Entered: 12/03/2021) | |
| 24 | 01/13/2022 | TRANSCRIPT of Initial Appearance, Arraignment, and Plea to Information held on 9/27/2021 before Judge Eric C. Tostrud as to Clarence Olson. (38 pages). Court Reporter: Tim Willette. For a copy of the transcript, please file a Transcript Request under Other Filings/Other Documents.Parties have 7 days to file a Notice of Intent to Request Redaction. In accordance with Judicial Conference policy and Local Rule 80.1, the transcript may be released and made remotely electronically available to the public in 90 days. For further information on redaction procedures, please review Local Rule 5.5 and Case Information >Transcripts, Court Reporters and Digital Audio Recordings. Notice Intent/No Intent to Request Redactions due 1/20/2022. Redaction Request due 2/3/2022. Redacted Transcript Deadline set for 2/14/2022. Release of Transcript Restriction set for 4/13/2022. (TJW) | |

Jennifer Robbins

0:21cr172, USA v. Olson

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|  |  | (Entered: 01/13/2022) |  |
| 25 | 01/18/2022 | EXPEDITED DAILY TRANSCRIPT SERVICES REQUEST to Court Reporter Tim Willette. (Foster, Dulce) (Entered: 01/18/2022) |  |
| 26 | 01/20/2022 | NOTICE THAT NO REDACTION IS REQUIRED by Clarence Olson re 24 Transcript,,,, . Attn: Court Reporter Tim Willette. (Foster, Dulce) (Entered: 01/20/2022) |  |
| 27 | 03/14/2022 | TRANSCRIPT REQUEST for a 30-Day Transcript for a  COPY OF 24 Transcript(s) to Court Reporter Tim Willette. (JGK) (Entered: 03/14/2022) |  |
| 28 | 05/31/2022 | NOTICE OF ATTORNEY SUBSTITUTION for Clarence Olson. (Foster, Dulce) (Entered: 05/31/2022) |  |
| 29 | 10/07/2022 | NOTICE OF WITHDRAWAL FROM CASE as to Clarence Olson (McCarthy, Mary) (Entered: 10/07/2022) |  |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

Jennifer Robbins