**MADEL** PA

800 PENCE BUILDING
800 HENNEPIN AVENUE
MINNEAPOLIS, MINNESOTA  55403
 (612) 605-0630
WWW.MADELLAW.COM

CHRISTOPHER W. MADEL
DIRECT DIAL
(612) 605-6601
CMADEL@MADELLAW.COM

March 31, 2023

Magistrate Judge Dulce J. Foster                    ***Via Email***
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

> Re:   *United States of America v. Steven Dornsbach and Kamida, Inc.*
>        Case No. 22-CR-00048

Dear Magistrate Judge Foster,

The above-captioned case has been set for trial starting on May 1, 2023 and we will be potentially calling you as a witness. Trial will likely last 10 days. Enclosed with this letter is a trial subpoena set for the first day of trial, and we will work with you as trial approaches on your specific testimony dates.

Please give me or Jennifer Robbins a call at your earliest convenience at 612-605-0630 or via email at cmadel@madellaw.com and jrobbins@madellaw.com

Very truly yours,

*/s/ Christopher W. Madel*

Christopher W. Madel

Enclosures

Exhibit A