## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,               **ORDER**

    v.

STEVEN DORNSBACH and KAMIDA,      Case No. 22-cr-48
INC.,

        Defendants.

---

Before the court is Defendants' Motion to File Documents Under Seal. (Doc. No. 288). Defendants request that the court issue an order permitting the filing under seal of their Memorandum of Law in Support of Defendants' Motion (1) in Limine to Exclude Late-Produced Documents and "Additional Interstate Commerce Evidence" and (2) to Order the Government to Produce their Trial Exhibits to the Defendants (Doc. No. 284), Declaration of Christopher W. Madel in Support of Defendants' Motion (1) in Limine to Exclude Late-Produced Documents and "Additional Interstate Commerce Evidence" and (2) to Order the Government to Produce their Trial Exhibits to the Defendants and Exhibit 1 (Doc. Nos. 285 & 285-1), and Declaration of Amanda J. Jeffers in Support of Defendants' Motion (1) in Limine to Exclude Late-Produced Documents and "Additional Interstate Commerce Evidence" and (2) to Order the Government to Produce their Trial Exhibits to the Defendants (Doc. No. 286) that were temporarily filed under seal. Defendants assert that the aforementioned documents should remain under seal through the conclusion of this case as they reference materials designated as "protected material" in a protective order.

The court **GRANTS** Defendants' motion. (Doc. No. 288). The aforementioned documents shall remain sealed through the conclusion of this case, at which time they shall be unsealed unless

1

Defendants can provide good cause as to why they should remain sealed.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court