## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,                                 **ORDER**

v.

STEVEN DORNSBACH and KAMIDA,       Case No. 22-cr-48
INC.,

      Defendants.

---

Before the court is Defendants' Motion to File Documents Under Seal. (Doc. No. 300). Defendants request that the court issue an order permitting the filing under seal of Defendnats' Memorandum in Opposition to Magistrate Judge Dulce J. Foster's and Lousene Hoppe's Motions to Quash Subpoenas (Doc. No. 298) and Declaration of Christopher W. Madel in Support of Defendants' Memorandum in Opposition to Magistrate Judge Dulce J. Foster's and Lousene Hoppe's Motions to Quash Subpoenas and Exhibit 1 (Doc. Nos. 299 & 299-1) that were temporarily filed under seal. Defendants assert that the aforementioned documents should remain under seal through the conclusion of this case as they reference materials designated as "protected material" in a protective order.

The court **GRANTS** Defendants' motion. (Doc. No. 300). The aforementioned documents shall remain sealed through the conclusion of this case, at which time they shall be unsealed unless Defendants can provide good cause as to why they should remain sealed.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2023.

                                                      */s/ Clare R. Hochhalter*
                                                      Clare R. Hochhalter, Magistrate Judge
                                                      United States District Court