Local AO 245A (Rev. 5/13)   (AO Rev. 12/03)

# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
|---|---|
| V. | |
| Steven Dornsbach | CASE NUMBER: 22-cr-48-01 |

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

**Daniel M. Traynor**     **U.S. District Judge**
Name of Judge             Title of Judge

12 May 2023
Date