**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA                    Court File 22-CR-00048-DMT

        Plaintiff,

        vs.                                          **DEFENDANTS' MEET AND CONFER**
**STATEMENT**

STEVEN DORNSBACH; KAMIDA,
INC.,

        Defendants.

---

Pursuant to District of Minnesota Local Rule 7.1(a)(1), I submit this Meet-and-Confer Statement with regard to Steven Dornsbach and Kamida, Inc.'s Motion for a Permanent Injunction.

On May 15, 2023, I wrote the government and demanded that it remove the press release that is the subject of the Motion for a Permanent Injunction. I received no response. I then communicated with counsel for the government regarding the subject matter of this motion via email on June 30, 2023 and July 7, 2023. As indicated in my declaration filed with the motion, the government emailed me on July 7, 2023, and stated, "Re: the press release equitable relief, we have escalated to the appropriate people within the Department and will let you know when we have a response." As of the filing of this motion, I have heard nothing regarding this "response." Consequently, it appears that the parties will not reach an agreement regarding the subject matter of this motion.

Counsel for Defendants respectfully request to be heard on this motion at the hearing date as set by the Court.

Dated:  July 10, 2023                    **MADEL PA**


By:   s/ *Christopher W. Madel*
      Christopher W. Madel (#230297)
      Jennifer M. Robbins (#387745)
      800 Pence Building
      800 Hennepin Avenue
      Minneapolis, MN 55403
      Telephone: 612-605-0630
      Fax: 612-326-9990
      cmadel@madellaw.com
      jrobbins@madellaw.com

      *Attorneys for Defendants Steven Dornsbach*
      *and Kamida, Inc.*