# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DORNSBACH; KAMIDA, INC.,<br><br>Defendants. | Court File 22-CR-00048-DMT-CRH<br><br>**ORDER GRANTING STEVEN DORNSBACH AND KAMIDA, INC.'S MOTION TO FILE DOCUMENT UNDER SEAL** |

IT IS HEREBY ORDERED that Steven Dornsbach and Kamida, Inc.'s Motion to Seal Exhibit G to the Declaration of Jennifer M. Robbins (Dkt. No. 395), is GRANTED. This document will remain under seal until further Order of this Court.

IT IS SO ORDERED this 9th day of November, 2023.

*/s/ Clare R. Hochhalter*
The Honorable Clare R. Hochhalter
United States Magistrate Judge